UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS RAFAEL FEBRES MONASTERIO,

Defendant.

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **February 21, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due on **January 31, 2020**, and any submission by the Government is due on **February 7, 2020**.

Dated: New York, New York
December 10, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge