```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :       ORDER
                  - v. -                  :
                                          :       18 Cr. 601 (PGG)
LUIS RAFAEL FEBRES MONASTERIO,            :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X
```

WHEREAS, with the consent of defendant Luis Rafael Febres Monasterio, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on September 20, 2019;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
December 23, 2019

_____
HONORABLE PAUL G. GARDEPHE
United States District Judge
Southern District of New York